UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUFFMAN CONSTRUCTION, LLC. ) <br> To be served at: ) <br> Registered Agent: James Keith Huffman ) <br> 1450 Rowe Parkway ) <br> Poplar Bluff, MO  63901, ) <br> ) <br> and ) <br> ) <br> JAMES KEITH HUFFMAN ) <br> To be served at: ) <br> 1450 Rowe Parkway, ) <br> Poplar Bluff, MO  63901, ) <br> ) <br> Defendants. ) | Case No. _____ |

<u>**WESTERN SURETY COMPANY'S**</u>
<u>**COMPLAINT FOR INDEMNIFICATION AND DAMAGES**</u>

COMES NOW, Plaintiff Western Surety Company ("Western Surety"), pursuant to Fed.R.Civ.P 3, by and through its undersigned counsel and for its Complaint against Huffman Construction, LLC ("Huffman Construction") and James Keith Huffman ("Huffman"), alleges and avers as follow:

<u>**Jurisdictional Allegations**</u>

1. Huffman Construction, LLC. ("Huffman Construction"), is a Missouri Limited Liability Company whose principal place of business is located at 1450 Rowe Parkway, Poplar Bluff, in Butler County, Missouri.

2. Huffman Construction may be served via Registered Agent James Keith Huffman, 1450 Rowe Parkway, Poplar Bluff, MO 63901.

3. Defendant James Keith Huffman. ("Huffman"), is an individual Missouri citizen and resident and at all times herein referred to is domiciled in the State of Missouri.

4. Huffman may be served at 1450 Rowe Parkway, Poplar Bluff, Missouri 63901.

5. Plaintiff Western Surety Company ("Western Surety") is incorporated in South Dakota, and at all times referred to herein was an insurance company conducting insurance and surety business in the State of Missouri that issued contract and payment bonds for construction projects on behalf of Huffman Construction as the principal.

6. Western Surety's principal place of business is in Chicago, Illinois.

7. Western Surety Company is a wholly owned subsidiary of Continental Casualty Company. Continental Casualty Company is a wholly owned subsidiary of Continental Corporation and the Continental Corporation is a wholly owned subsidiary of CNA Financial Corporation which is publicly traded.

8. Jurisdiction pursuant to 28 U.S.C. §1332 in the Federal District Court for the Eastern District of Missouri is proper as there is complete diversity of citizenship between the parties (Plaintiff is a South Dakota corporation with its principal place of business in Chicago, Illinois, Huffman Construction is a Missouri LLC, and Huffman is a Missouri resident) and the Defendants are located within the Federal District boundaries for the Eastern District Southeastern Division of Missouri.

### Facts Common to All Counts

9. This action results from the General Indemnity Agreement ("GIA") entered into between Huffman Construction, Huffman, and Western Surety.

10. This Petition is being filed by a surety against the corporate and personal indemnitors for the below discussed Bonds.

11. On or about June 14, 2016, in order to induce Western Surety to execute certain Bonds and Riders or other construction bonds, Huffman Construction, as principal and Huffman as an individual, as indemnitors in their individual and corporate capacities, executed a General Indemnity Agreement ("GIA") in favor of Western Surety. *See General Indemnity Agreement and Rider to General Indemnity Agreement attached hereto and labeled Exhibit A.*

12. Following the execution of the GIA, and directly as a result and in reliance thereof, Western Surety issued certain Payment Bonds and Performance Bonds including, but not limited to, Bond Numbers: 3032288, 58734046, 30032281, 30056619, 3001033 and 30056612.

13. As a result of the issuance of the above-described bonds and the default or failure to perform certain construction contracts by Huffman Construction, the Plaintiff was required to issue payments as follows:

**City of Paducah Bond #3032288:**

| Date | Payee | Amount |
|---|---|---|
| 2/16/23 | Paducah | $1,413,192.14 |
| 7/23/20 | Waterman Valve LLC | $53,871 |
| 6/23/20 | Mott Electric | $18,000 |
| 6/5/20 | Vandevanter Engineering | $105,838 |
| 5/1/20 | Satellite Shelters | $4303.60 |
| 3/31/20 | United Rentals | $1602.72 |
| 2/14/20 | Ferguson Enterprises | $1,008,102.35 |
| **Total** | | **$2,604,909.81** |

**South Delaware County Bond #58734046:**

| Date | Payee | Amount |
|---|---|---|
| 1/22/21 | DN Tanks | $27,800 |
| 10/27/20 | Lake Region Trash Service | $1700 |
| 8/21/20 | Shamrock Bolt & Screw | $676.73 |
| 7/8/20 | Bryan Hodge Excavation | $700 |
| 6/25/20 | Kansas Building Supply | $543.19 |
| 5/20/20 | Marine Development Inc. | $1914 |
| 5/13/20 | Axis Electric | $49,454.68 |
| 5/13/20 | GenX Contracting, Inc. | $342.68 |
| 5/1/20 | Satellite Shelters | $736.03 |
| 5/1/20 | Holmes Heating & Cooling | $21,744.27 |

| Date | Payee | Amount |
|---|---|---|
| 4/15/20 | Axis Electric | $2486.57 |
| 4/9/20 | Holmes Heating & Cooling | $21,744.27 |
| 4/6/20 | Mag Steel LLC | $2861 |
| 3/23/20 | Southwest Garage Door | $9995 |
| 3/17/20 | Axis Electric | $154,350.02 |
| 3/17/20 | Razorback Ironworks, Inc. | $1750 |
| 2/26/20 | Anchor Fence | $31,046 |
| 2/20/20 | Thompson Lightning Protection | $12,551.80 |
| 2/19/20 | Consolidated Pipe & Supply | $22,154.75 |
| **Total** | | **$364,550.99** |

**_Three Rivers College Bond #30032281_:**

| Date | Payee | Amount |
|---|---|---|
| 12/14/20 | RL Persons | $110,000 |
| 9/24/20 | Building Specialties | $4435.88 |
| 6/25/20 | United Rentals | $11,412.05 |
| 4/7/20 | Lawrence Fabric & Metal | $84,980 |
| 4/2/20 | Cane Creek Quarry LLC | $10,861.99 |
| 3/23/20 | ASA Asphalt | $100,446.22 |
| 3/20/20 | Zoelner Construction | $111,797 |
| 3/20/20 | Jackson Construction | $71,004.86 |
| 3/20/20 | Buffington Brothers Heating | $88,835.32 |
| 3/17/20 | Gamblin Lumber Co. | $11,100.55 |
| 3/17/20 | Decota Elec. Supply | $28,554.35 |
| 3/17/20 | Riverside Roofing Co. | $4340.90 |
| 3/16/20 | Hi Tech Fire Protection | $4819.94 |
| **Total** | | **$642,589.06** |

**_Pea Ridge Bond #30056619_:**

| Date | Payee | Amount |
|---|---|---|
| 3/18/21 | Anderson Gas Propane | $4135.45 |
| 2/10/20 | Carroll Elec. Co. | $203.72 |
| 5/14/20 | Home City Ice | $196.30 |
| 5/6/20 | APAC Central | $16,195.94 |
| 4/16/20 | Baseline Mfg. | $34,602 |
| 4/13/20 | Consolidate Pipe | $182,869.39 |
| 4/8/20 | Headworks International | $41,812.20 |
| 4/6/20 | Instrument & Supply | $112,000 |
| 4/1/20 | Commercial Door & Hardware | $2500 |
| 3/31/20 | Ridout Lumber Co. | $2262.52 |
| 3/26/20 | Headworks International | $38,944.80 |
| 3/25/20 | Hydro | $140,022 |
| 3/19/20 | Darragh co. | $1388.98 |
| 3/19/20 | C&D Steel Erectors | $98,926.46 |
| 3/19/20 | BBB Septic | $1128.40 |
| 3/17/20 | Axis Electric | $10,254.30 |
| 3/17/20 | Eagle Ridge Redi Mix | $29,005 |
| 3/17/20 | Instrument Supply | $567,556 |

4

| Date | Vendor | Amount |
|---|---|---|
| 3/2/20 | Brothers Concrete | $9749.78 |
| 3/2/20 | Eagle Redi Mix Concrete | $62,932.50 |
| 2/28/20 | Darragh Company | $98,877.39 |
| 2/24/20 | Alliance Steel | $22,390 |
| 2/21/20 | Brothers Concrete Pumping | $16,683.32 |
| **Total** | | **$1,494,636.45** |

### Sequoyah County Water Association Bond #30010333:

| Date | Vendor | Amount |
|---|---|---|
| 2/9/23 | REI Holdings dba Renfro Electric | $65,000 |
| 4/23/21 | Tank Builders | $18,155 |
| 10/26/20 | Engineering Fluid | $56,595.37 |
| 10/15/20 | Littlefield Oil Co. | $1131 |
| 9/1/20 | Skyjack | $5884.61 |
| 7/20/20 | Marine Development | $20,000 |
| 7/14/20 | Green County Floor Covering | $1887 |
| 7/10/20 | United Rentals | $32,364.34 |
| 6/1/20 | Hugg & Haul Mobile | $1538.88 |
| 6/1/20 | Tnemec Co. | $3428.34 |
| 5/28 | Sue's Recycling | $1341.95 |
| 5/13 | Marine Development | $11,675.20 |
| 5/6/20 | Reddy Ice | $318.76 |
| 5/5/20 | APAC Central | $4405.68 |
| 5/1/20 | REI Holdings dba Renfro Electric | $38,644.01 |
| 4/24/20 | Sequoyah County Water Assn. | $238569.64 |
| 4/20/20 | Tahlequah Glass Co. | $4098.19 |
| 4/11/20 | Core & Main | $4203.95 |
| 4/10/20 | Ferguson Enterprises | $16,374.92 |
| 4/7/20 | A Clean Potty | $1200 |
| 4/6/20 | Ellis Construction Specialty | $10,877.07 |
| 4/6/20 | REI Holdings Dba Renfro Electric | $200,247.83 |
| 3/24/20 | Satellite Shelters | $2886.30 |
| 3/24/20 | Southwest Garage Door | $4588.79 |
| 3/17/20 | REI Holdings dba Renfro Electric | $8899.20 |
| 3/5/20 | Darragh Co. | $4872.56 |
| 3/24/20 | Satellite Shelters | $2886.30 |
| 3/24/20 | Southwest Garage Door | $4588.79 |
| 3/17/20 | REI Holdings dba Renfro Elec. | $8899.20 |
| 3/5/20 | Darragh Co. | $4872.56 |
| 3/5/20 | REI Holdings dba Renfro Elec. | $20,713.50 |
| 2/25/20 | X-Press Equipment Rentals | $8200.29 |
| 2/18/20 | Davis Motor Crane Service | $67,217 |
| 2/11/20 | Woodcraft | $12,918 |
| 2/10/20 | REI Holdings dba Renfro Elec. | $37,575.69 |
| 2/10/20 | Marine Development | $221,828.80 |
| **Total** | | **$1,148,888.72** |

5

***Tahlequah Public Works Authority Bond #30056612***:

| | | |
|---|---|---|
| 5/3/22    | *Tahlequah*                  | *$79,405*       |
| 10/29/21  | *Ramsey Ward Electric*       | *$20,436.05*    |
| 2/10/21   | *Tahlequah*                  | *$240,459.13*   |
| 11/2/20   | *Roberts Water Technologies* | *$10,000*       |
| 10/30/20  | *HME Inc.*                   | *$6815*         |
| 9/15/20   | *Felix Thomson*              | *$2996*         |
| 9/14/20   | *Henry Pratt Co.*            | *$341,983*      |
| 8/26/20   | *United Rentals*             | *$2111.40*      |
| 8/24/20   | *Roberts Water Technologies* | *$231,944*      |
| 8/10/20   | *Kirby-Smith Machinery*      | *$30,245.53*    |
| 8/29/20   | *Sue's Recycling*            | *$250*          |
| 5/7/20    | *Reddy Ice*                  | *$394*          |
| 5/5/20    | *APAC Central*               | *$2764.44*      |
| 4/23/20   | *T&K Concrete Pumping*       | *$1434*         |
| 4/13/20   | *Goedecke Co.*               | *$543*          |
| 4/9/20    | *Texoma Rebar*               | *$4560*         |
| 4/3/20    | *Haynes Equip Co.*           | *$230,360*      |
| 3/27/20   | *Satellite Shelters*         | *$4861.10*      |
| 3/26/20   | *Crimson Steel Supply*       | *$1294*         |
| 3/26/20   | *ABC Central Block*          | *$11,521.17*    |
| 3/24/20   | *GNC Concrete Products*      | *$9764*         |
| 3/19/20   | *Darragh Co.*                | *$2376.46*      |
| 2/25/20   | *Alliance Steel Building*    | *$66,795*       |
| 2/21/20   | *Ramsey Ward Elec.*          | *$190,455.05*   |
| 2/18/20   | *Bull Tuff Mud Co. Ready Mix* | *$32,519.25*   |
| ***Total*** |                            | *$1,526,286.58* |

## COUNT I – Indemnification – Huffman Construction, LLC

14.     Plaintiff Western Surety hereby incorporates specifically by reference paragraphs 1 through 10 above as if the same were set forth fully herein.

15.     On or about June 14, 2016, Huffman Construction executed a General Indemnity Agreement individually as an indemnitor for the principal Huffman Construction, LLC.  *See Exhibit A.*

16.     Under the terms of the GIA, Huffman Construction, LLC, agrees to *inter alia*:

> Indemnitors agree and covenant that that shall:
>
> a.  upon demand indemnify and save the Surety harmless from and against any Loss which the Surety may pay or incur.  In the

6

event of any payments made by the Surety in the good faith belief of the necessity, the Indemnitors agree to accept the voucher or other evidence of such payments as *prima facie* evidence of the propriety thereof, and of the Indemnitors' liability therefore to the Surety; and

b. deposit with the Surety on demand collateral security in an amount and kind satisfactory to the Surety in its sole discretion whenever the Surety shall reasonably determine that such collateral is necessary to protect it from Loss whether or not the Surety has made any payment. The Surety shall have the right to use the deposit, or any part thereof, in payment or settlement of any Loss for which the Indemnitors would be obligated to indemnify the Surety under the terms of this Agreement. If for any reason the Surety shall deem it necessary to increase the amount necessary to protect it from Loss, the Indemnitors shall deposit with the Surety, immediately upon demand, a sum of money equal to any increase thereof as collateral security to the Surety for such Loss. Any unused collateral security shall be returned to the depositing Indemnitors when the Surety determines, in its sole discretion, that the collateral security is no longer necessary to protect it from Loss. The Surety has no duty to invest or pay interest on the deposit.

17. Western Surety has paid the amounts described above in paragraph 8 and has sustained a loss in excess of those amounts.

18. As a result of said claims and payments, Western Surety, as Surety, has incurred damages, and expenses in the investigation and payment of claims, including but not limited to payment of settlement of the claims in the amounts set out, plus attorney's fees and costs.

19. Under the explicit terms of the GIA, Western Surety, as Surety, is entitled to indemnification from Huffman Construction, as indemnitor, for all sums paid, or hereafter paid and expended in connection with payments made under all the Bonds, together with its costs, expenses and attorneys' fees.

WHEREFORE, Plaintiff Western Surety Company prays for this Court's judgment requiring Huffman Construction, LLC to indemnify Western Surety Company for all exposure

under all Bonds, its costs, expenses and attorney's fees incurred in connection with the claims asserted against it in both this Action, other claims asserted herein and the prosecuting of this Action and for such other relief as the Court deems just and proper under the circumstances.

### COUNT II – Indemnification – James Keith Hufman

20. Plaintiff Western Surety hereby incorporates specifically by reference paragraphs 1 through 16 above as if the same were set forth fully herein.

21. On or about June 14, 2016, James Keith Huffman executed a General Indemnity Agreement individually as an indemnitor for Huffman Construction, *See Exhibit A*.

22. Under the terms of the GIA, James Keith Huffman, individually, agrees to *inter alia*:

> Indemnitors agree and covenant that that shall:
>
> c. upon demand indemnify and save the Surety harmless from and against any Loss which the Surety may pay or incur. In the event of any payments made by the Surety in the good faith belief of the necessity, the Indemnitors agree to accept the voucher or other evidence of such payments as *prima facie* evidence of the propriety thereof, and of the Indemnitors' liability therefore to the Surety; and
>
> d. deposit with the Surety on demand collateral security in an amount and kind satisfactory to the Surety in its sole discretion whenever the Surety shall reasonably determine that such collateral is necessary to protect it from Loss whether or not the Surety has made any payment. The Surety shall have the right to use the deposit, or any part thereof, in payment or settlement of any Loss for which the Indemnitors would be obligated to indemnify the Surety under the terms of this Agreement. If for any reason the Surety shall deem it necessary to increase the amount necessary to protect it from Loss, the Indemnitors shall deposit with the Surety, immediately upon demand, a sum of money equal to any increase thereof as collateral security to the Surety for such Loss. Any unused collateral security shall be returned to the depositing Indemnitors when the Surety determines, in its sole discretion, that the collateral security is no longer necessary to

protect it from Loss. The Surety has no duty to invest or pay interest on the deposit.

23. As a result of said claims, Western Surety, as Surety, has incurred damages, and expenses in the investigation and payment of claims, including but not limited to payment of settlement of the claims in the amount set out above, plus attorney's fees and costs.

24. Under the terms of the GIA, Western Surety, as Surety, is entitled to indemnification from James Keith Huffman, as individual indemnitor, for all sums paid, or hereafter paid and expended in connection with payments made under the contract bond, together with its costs, expenses, and attorneys' fees.

WHEREFORE, Plaintiff Western Surety Company prays for this Court's judgment requiring James Keith Huffman to indemnify Western Surety Company for all exposure under all Bonds, its costs, expenses, and attorney's fees incurred in connection with the claims asserted against it in this Action and other claims asserted herein and filing this Action and for such other relief as the Court deems just and proper under the circumstances.

DATED this ___ day of April, 2023.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

_____
John A. Watt, #52516 MO
James Scott Kreamer, #39682 MO
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Email: watt@bakersterchi.com
Email: kreamer@bakersterchi.com
Telephone:  (816) 471-2121
Facsimile:  (816) 472-0288
**ATTORNEYS FOR PLAINTIFF, WESTERN SURETY COMPANY**