**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| WESTERN SURETY CO., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:23-cv-63-SNLJ |
| ) | |
| HUFFMAN CONSTRUCTION, LLC, ) | |
| et al., ) | |
| ) | |
|     **Defendants.** ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendants' motion to quash [Doc. 27].  On December 19, 2023, defendants were served with plaintiff's notices of deposition for defendant James Huffman, the Corporate Representative of defendant Huffman Construction, LLC, and non-party Sherry Huffman.  Sherry Huffman is the ex-wife of defendant James Huffman.  She is not a named party, is not named as a witness on plaintiff's Rule 26 disclosures, is not listed as a witness on defendant's Rule 26 disclosures, and is not an employee of defendant Huffman Construction.  Defendants thus filed the motion to quash the notice of deposition.

Plaintiff has not responded to or otherwise opposed the motion to quash, and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to quash [Doc. 27] is **GRANTED**.

Dated this  1st  day of February, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE