UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00063-SNLJ |
| | ) |
| HUFFMAN CONSTRUCTION, LLC and | ) |
| JAMES KEITH HUFFMAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Joint Stipulation of Dismissal Without Prejudice filed by the parties (Doc. 37). A dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is effective upon filing. *Adams v. USAA Casualty Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, this action is **DISMISSED without prejudice** by stipulation of the parties with each party to bear its own costs. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 3rd day of October, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE